**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7093**

———————

ELDON GUY BELL,

Plaintiff - Appellant,

versus

JAMES B. HUNT, JR., Governor; FRANKLIN FREE-
MAN, Secretary of Corrections; TALMADGE L.
BARNETT, Superintendent of Eastern Correction-
al Institution; CHARLES EURGIA LAND, Doctor;
DOCTOR BALOCH, Medical Director; GENEVA BERRY,
R.N.; MRS. LAPINSKI, R.N., Nurse,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-94-860-5-CT-H)

———————

Submitted: November 21, 1996      Decided: December 4, 1996

———————

Before HALL, WILKINS, HAMILTON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Eldon Guy Bell, Appellant Pro Se. Elizabeth F. Parsons, OFFICE OF
THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Bell v. Hunt</u>, No. CA-94-860-5-CT-H (E.D.N.C. June 6, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>